**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21633-CIV-ALTONAGA**

**GONZALO VLADIMIR ALMANZA VADES**,

      Petitioner,

v.

**WARDEN, KROME NORTH SERVICE**
**PROCESSING CENTER**, *et al.*,

      Respondents.

_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. On March 12, 2026, Petitioner, Gonzalo Vladimir Almanza Vades filed a Petition for Writ of Habeas Corpus . . . [ECF No. 1]. On March 18, 2026, Respondents filed a Response [ECF No. 6]. Respondents assert that Petitioner (1) has failed to exhaust his administrative remedies by foregoing an appeal of his custody redetermination decision, and (2) that the Court lacks jurisdiction to review the Petition under 8 U.S.C. section 1252(g). (*See generally id.*). To date, Petitioner has not filed a reply addressing these issues.

    Accordingly, it is **ORDERED** that Petitioner, Gonzalo Vladimir Almanza Vades has until **April 9, 2026** to file a reply to Respondents' Response, addressing these arguments.

    **DONE AND ORDERED** in Miami, Florida, this 2nd day of April, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record